# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JERVONTAE COX                                    PLAINTIFF

v.                    No. 3:19-cv-387-DPM

KEVEON DAY, Officer, BPD;
SHANNON LANGSTON, District
Judge; JASON SIMPKINS, Detective,
BPD; VANESSA STEWART; Lieutenant,
BPD; JOHNATHON FRAZIER, Captain,
BPD; TERI LOONEY, Officer, BPD;
KIMBERLY SIGMAN, Officer, BPD;
MICHAEL ZWERLEIN, Officer, BPD;
CHELSEY GRIMES, Detective, BPD;
DARLA ATCHLEY, Mississippi County
Jail; MELINDA DIAZ, Mississippi County
Jail; JAMES KEMP, Detective, BPD;
STEPHEN SIGMAN, Sergeant, BPD;
JOHN BARTTELT, Attorney; LEANN
NORMAN, Officer, BPD; RONNIE McSHAN,
Officer, BPD; CURTIS WALKER, Prosecutor,
Chickasawba District; LESLIE MASON,
Circuit Clerk/Judge, Chickasawba District;
and JOHN BRADLEY, Public Defender        DEFENDANTS

## ORDER

1. Cox's application to proceed *in forma pauperis* is incomplete: his certificate and calculation sheet were left blank; and he didn't sign his affidavit. His application, № 1, is therefore denied without prejudice.

**2.** Cox must submit a completed application by 6 February 2020. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). If the Court grants Cox permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

**3.** The Court directs the Clerk to mail Cox an *in forma pauperis* application with a copy of this Order.

**4.** The Court alerts the parties that it's also been assigned Cox's pending federal revocation, which is on hold until Cox's state charges are resolved. № 35 in E.D. Ark. № 4:15-cr-179-DPM. The Court doesn't believe this creates a conflict; but if any party disagrees, it may file a paper setting out its concerns.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 January 2020