# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JERVONTAE COX                                               PLAINTIFF

v.                     No. 3:19-cv-387-DPM

KEVEON DAY; JUDGE SHANNON
LANGSTON; JASON SIMPKINS; VANESSA
STEWART; JONATHAN FRAZIER; TERI
LOONEY; KIMBERLY SIGMAN; MICHAEL
ZWERLEIN; CHELSEY GRIMES; DARLA
ATCHELY; MELINDA DIAZ; JAMES KEMP;
STEPHEN SIGMAN; JOHN BARTTELT;
LEANN NORMAN; RONNIE McSHAN;
CURTIS WALKER; LESLIE MASON;
JOHN BRADLEY; ROSS THOMPSON;
and JUDGE CINDY THYER                      DEFENDANTS

## ORDER

I recuse. Judge Cindy Thyer is on my recusal list. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 January 2020